AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☒ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

See Attached Penalty Sheet

E-filing

☐ Petty
☐ Minor
☒ Misdemeanor
☐ Felony

PENALTY: Maximum Prison Term: 6 months
Maximum Fine $5,000
Mandatory Special Assessment: $10

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

**DEFENDANT - U.S**

▶ THOMAS ANDREW MCKINLEY

DISTRICT COURT NUMBER

CR 08 [illegible]    MAG

**PROCEEDING**

Name of Complaintant Agency, or Person (& Title, if any)
Department of the Interior, US Park Police

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY  ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form    JOSEPH P. RUSSONIELLLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)    WENDY THOMAS

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☒ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge

5) ☐ On another conviction  } ☐ Federal ☐ State

6) ☐ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?  ☐ Yes  ☐ No    If "Yes" give date filed

DATE OF ARREST ▶    Month/Day/Year
Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶    Month/Day/Year

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:    Before Judge:

Comments:

## PENALTY SHEET

**Offenses Charged:**

| | |
|---|---|
| **Count One:** | 36 C.F.R. § 1004.23(a)(1) - Operating Under the Influence of Alcohol or Drugs - <u>Class B Misdemeanor</u> |

                            Maximum Prison Term:    6 months imprisonment
                            Maximum Fine:    $5,000
                            Special Assessment:    $10

**Count Two:**    36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content above 0.08% - <u>Class B Misdemeanor</u>

<u>Maximum Penalties</u>
Maximum Prison Term:    6 months
Maximum Fine:    $5,000
Special Assessment:    $10

**Count Three:**    36 C.F.R. § 1004.22(b)(3) - Unsafe operation - <u>Class B Misdemeanor</u>

Maximum Prison Term:    6 months imprisonment
Maximum Fine:    $5,000
Special Assessment:    $10

| | |
|---|---|
| 1 | JOSEPH P. RUSSONIELLO (CABN 44332) |
| 2 | United States Attorney |

E-filing



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. |
| Plaintiff, | VIOLATION: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol (Class B Misdemeanor); 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content above 0.08% (Class B Misdemeanor); 36 C.F.R. § 1004.22(b)(3) - Unsafe Operation of a Vehicle (Class B Misdemeanor) |
| v. | |
| THOMAS ANDREW MCKINLEY, | |
| Defendant. | |
| | SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

COUNT ONE: 36 C.F.R. § 1004.23(a)(1) - Driving under the Influence of Alcohol

On or about November 1, 2007, in the Northern District of California, within the boundaries of an area administered by the Presidio Trust, the defendant,

THOMAS ANDREW MCKINLEY,

did operate and was in actual physical control of a motor vehicle while under the influence of alcohol to a degree that rendered him incapable of safe operation, in violation of Title 36, Code of Federal Regulations, Section 1004.23(a)(1), a Class B Misdemeanor.

INFORMATION

1  COUNT TWO: 36 C.F.R. § 1004.23(a)(2) - Driving with a Blood Alcohol Content above 0.08%

2      On or about November 1, 2007, in the Northern District of California, within the boundaries

3  of an area administered by the Presidio Trust, the defendant,

4                    THOMAS ANDREW MCKINLEY,

5  did operate and was in actual physical control of a motor vehicle while having at least 0.08 %, by

6  weight, of alcohol in his blood, in violation of Title 36, Code of Federal Regulations,

7  Section 1004.23(a)(2) a Class B Misdemeanor.

8  COUNT THREE: 36 C.F.R. § 1004.22(b)(3) - Unsafe Operation of a Vehicle

9      On or about November 1, 2007, in the Northern District of California, within the boundaries

10 of an area administered by the Presidio Trust, the defendant,

11                   THOMAS ANDREW MCKINLEY,

12 failed to maintain that degree of control of a motor vehicle necessary to avoid danger to property,

13 in violation of Title 36, Code of Federal Regulations, Section 1004.22(b)(3) a Class B

14 Misdemeanor.

16 DATED: *March 5, 2008*          JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            /s/ KYLE F. WALDINGER
                                            Deputy Chief, Major Crimes Section

21 (Approved as to form: /s/ WENDY THOMAS )
                        WENDY THOMAS
22                        Special Assistant United States Attorney

INFORMATION