## PROPOSED ORDER/COVER SHEET

**TO:** Honorable James Larson  
Chief U.S. Magistrate Judge

**RE:** MCKINLEY, Thomas Andrew

**FROM:** Claudette M. Silvera, Chief  
U.S. Pretrial Services Officer

**DOCKET NO.:** CR08-0148 MAG

**DATE:** May 9, 2008

FILED  
MAY 1 2 2008  
RICHARD W. WIEKING  
CLERK, U.S. DISTRICT COURT  
NORTHERN DISTRICT OF CALIFORNIA

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Allen Lew, Supervisor    415-436-7512  
**U.S. PRETRIAL SERVICES OFFICER**    **TELEPHONE NUMBER**

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[X] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[ ] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. _____ on _____ at _____.

[ ] Inform all parties concerned that a Bail Review Hearing will be conducted by:  
Magistrate Judge_____ Presiding District Court Judge_____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_Will order prospy on 5-25._

_____    _____  
**JUDICIAL OFFICER**    **DATE**

Cover Sheet (03/26/08)