QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Josh Cohen (Bar No. 217853)
  joshcohen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for THOMAS McKINLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>THOMAS McKINLEY,<br><br>    Defendant. | CASE NO. C-08-0148 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE** |

   WHEREAS defendant Thomas McKinley made his initial appearance before this Court and was arraigned on a misdemeanor information on April 28, 2008;

   WHEREAS the matter is presently set for a status conference on May 29, 2008;

   WHEREAS defense counsel is unavailable on May 29, 2008;

   WHEREAS the charges in the information are Class B misdemeanors, such that the Speedy Trial Act does not apply;

   WHEREAS government counsel has prepared a proposed plea agreement that the defendant wishes to evaluate and consider;

///

///

1    The undersigned counsel hereby CONSENT, STIPULATE and AGREE that the status
2 conference presently scheduled for May 29, 2008 shall be continued to June 5, 2008 at 11:00 a.m.
3    IT IS SO STIPULATED.

5 Dated: May 22, 2008          QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP


                                By   /S/
                                    Josh A. Cohen
                                    Attorneys for Thomas McKinley


11 DATED: May 22, 2008          JOSEPH RUSSIONELLO
                                UNITED STATES ATTORNEY



                                By   /S/
                                    Wendy Thomas
                                    Assistant United States Attorney


    Pursuant to stipulation, it is so ORDERED.

                                IT IS SO ORDERED
                                [signature]
                                Judge James Larson

                                JAMES LARSON
                                UNITED STATES MAGISTRATE JUDGE