QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Josh Cohen (Bar No. 217853)
  joshcohen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California  94111
Telephone:     (415) 875-6600
Facsimile:     (415) 875-6700

Attorneys for THOMAS McKINLEY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>THOMAS McKINLEY,<br><br>    Defendant. | CASE NO. C-08-0148 JL<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE-OF-PLEA HEARING** |

WHEREAS defendant Thomas McKinley made his initial appearance before this Court on April 28, 2008 and was arraigned on a misdemeanor information charging him with driving under the influence of alcohol and with a blood alcohol content above the legal limit;

WHEREAS the matter is presently set for change of plea on July 10, 2008;

WHEREAS defense counsel is unavailable on July 10, 2008;

WHEREAS the charges in the information are Class B misdemeanors, such that the Speedy Trial Act does not apply;

WHEREAS the defendant is presently enrolled in a DMV-approved DUI program;

WHEREAS government counsel does not oppose a short continuance;

///

///

1  The undersigned counsel hereby CONSENT, STIPULATE and AGREE that the change-
2  of-plea hearing presently scheduled for July 10, 2008 shall be continued to July 24, 2008 at 11:00
3  a.m.
4  IT IS SO STIPULATED.

6  Dated: July 7, 2008        QUINN EMANUEL URQUHART OLIVER &
                              HEDGES, LLP

9  By  /S/
    Josh A. Cohen
    Attorneys for Thomas McKinley

12 DATED: July 7, 2008        JOSEPH RUSSIONELLO
                              UNITED STATES ATTORNEY

15 By  /S/
    Wendy Thomas
    Assistant United States Attorney

18 Pursuant to stipulation, it is so ORDERED.

IT IS SO ORDERED
*Signature*
Judge James Larson

JAMES LARSON
UNITED STATES MAGISTRATE JUDGE